United States District Court
Southern District of Texas
ENTERED
JAN - 6 2011
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
FILED
JAN 0 6 2011
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. B-10-1059 |
| Fernando Arias-Ortega | § | |

**ORDER**

BE IT REMEMBERED on this ____ 6 ____ day of ____January____, 20 _11_, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed September 29, 2010, wherein the defendant Fernando Arias-Ortega waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Fernando Arias-Ortega to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Fernando Arias-Ortega guilty of the offense of alien unlawfully being present in the United States after having been convicted of a felony and deported, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(1).

SIGNED this the ____6____ day of ____January____, 20 _11_.

_____
Hilda G. Tagle
United States District Judge